UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY, | CASE NO. 2:22-cv-01036-LK |
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND PRETRIAL DEADLINES |
| v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | |
| Defendant. | |

    This matter comes before the Court on the parties' proposed Stipulation Continuing a Limited Subset of Discovery Deadlines, Subsequent Dates, and Trial Date and Related Dates. Dkt. No. 33. Finding good cause, the Court GRANTS IN PART the parties' request. Because the parties request a continuance of the discovery deadline only as to oral discovery, *id.* at 3, the parties' requested continuance of the discovery motions deadline to July 15, 2024 is granted only as to motions relating to oral discovery.

    The Court continues the trial date and remaining pretrial deadlines as follows:

ORDER CONTINUING TRIAL DATE AND PRETRIAL DEADLINES - 1

| Event | Date |
|---|---|
| **BENCH TRIAL SET FOR 9:00 a.m. on** | **January 13, 2025** |
| Length of trial | 3 days |
| All motions related to oral discovery must be filed by | July 15, 2024 |
| Oral discovery (taking and defending depositions) must be completed by | August 14, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)).[1] | September 13, 2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | November 13, 2024 |
| All motions in limine must be filed by | December 9, 2024 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | December 23, 2024 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | December 30, 2024 |
| Pretrial conference scheduled at 10:00 a.m. on | January 3, 2025 |

Dated this 30th day of May, 2024.

Lauren King
United States District Judge

---

[1] The Court notes that the District has updated Local Civil Rule 7(d) since the Court's last scheduling order in this case. *See* General Order No. 04-24 (W.D. Wash. Apr. 26, 2024). This Order incorporates those changes.

ORDER CONTINUING TRIAL DATE AND PRETRIAL DEADLINES - 2